IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELINE DE BERARDINE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMIE B. WEINER, et al. | : | NO. 16-864 |

ORDER

AND NOW, this 26th day of July, 2016, upon consideration of defendants Jamie B. Weiner and Delphi Property Group, LLC's motion to dismiss the amended complaint (docket entry #8), plaintiffs' response in opposition thereto, and defendants' motion for leave to file a reply brief (docket entry #12), and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Defendants' motion to dismiss (docket entry #8) is GRANTED;

2. Defendants' motion for leave to file a reply brief (docket entry #12) is GRANTED;

3. The Clerk of Court shall DOCKET Exhibit 1 of defendants' motion for leave to file a reply brief;

4. Plaintiffs' amended complaint is DISMISSED WITH PREJUDICE; and

5. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.